William F. Arnold, appellant, v. T. A. Jones et al., appellees. Gen. No. 35,762.

624 

 Opinion filed October 4, 1932.

Church, Haft, Robertson, Crowe & Spence, for appellant; George E. Billett, of counsel. No appearance for appellees.

Mr. Justice Scanlan delivered the opinion of the court.